

ORIGINAL

# UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

SEP 28 2004

CLERK, U.S. DISTRICT COURT
By _____
       Deputy

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION (SUCCESSOR IN INTEREST TO STATE STREET BANK & TRUST COMPANY), AS TRUSTEE FOR THE REGISTERED HOLDERS OF BTC COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES BTR TRUST 1999-S1, ACTING BY AND THROUGH ITS SPECIAL SERVICER, GMAC COMMERCIAL MORTGAGE CORPORATION, <br><br>                   Plaintiff, <br><br>vs. <br><br>SAFEGUARD INSURANCE COMPANY, <br><br>                   Defendant. | Case No. 3:04-CV-2102-D <br><br> (Removed from the 298th Judicial District Court of Dallas County, Texas) <br><br> JURY DEMANDED |

## DEFENDANT SAFEGUARD INSURANCE COMPANY'S
## RULE 7.1 DISCLOSURE STATEMENT

Defendant, Safeguard Insurance Company, hereby makes its Rule 7.1 disclosures as follows:

**Safeguard Insurance Company** is owned by Royal Group, Inc. Royal Group, Inc. is owned by Royal & SunAlliance USA, Inc. None of these entities are publicly traded.

The ultimate parent of the above entities is Royal & Sun Alliance Insurance Group plc, which is organized in England and conducts business only in the United Kingdom. This entity is publicly trade on the London Stock Exchange. American Depository Receipts (ADRs), representing London shares of Royal & Sun Alliance Insurance Group plc, are traded on the New York Stock Exchange.

Respectfully submitted,

By: *Daniel E. Pellar w/ perm*
Jay W. Brown
Texas Bar No. 03138830
Fed. I.D. No.: 1314
Daniel E.. Pellar
Texas Bar No. 00792750
Attorneys-in-Charge

OF COUNSEL:
BEIRNE, MAYNARD & PARSONS, L.L.P.
1300 Post Oak Boulevard, 25th Floor
Houston, TX 77056
Telephone: (713) 623-0887
Facsimile: (713) 960-1527

BEIRNE, MAYNARD & PARSONS, L.L.P.
1700 Pacific Avenue, Suite 4400
Dallas, Texas 75201
Telephone: (214) 237-4300
Fax: (214) 237-4340

ATTORNEY-IN-CHARGE FOR DEFENDANT,
SAFEGUARD INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record via certified mail, return receipt requested, on September 28th, 2004:

>Mr. Joseph DePumpo
>Ms. Sara Wahl
>Akin, Gump, Strauss, Hauer & Feld, LLP
>1700 Pacific Ave., Suite 4100
>Dallas, Texas 75201

*Daniel E. Pellar w/ perm*
Counsel for Defendant